IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| SALOMON ECHEVARRIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:19-CV-421-A |
| TATE & KIRLIN ASSOCIATES, INC., ET AL., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the notice of voluntary dismissal filed by plaintiff, Salomon Echevarria, on July 2, 2019,

The court ORDERS, ADJUDGES, and DECREES that plaintiff's claims against defendants, Tate & Kirlin Associates, Inc., and CVI SGP-CO Acquisition Trust, be, and are hereby, dismissed without prejudice.

SIGNED July 3, 2019.

_____
JOHN McBRYDE
United States District Judge